IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ROBERT DENNIS, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-4 (WLS-ALS) |
| | * |
| TERRY E BARNARD, et al., | |
| | * |
| Defendants. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated 7/1/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 1st day of July, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk